UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>Plaintiffs,<br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>[~~PROPOSED~~] **JUDGMENT AND DISMISSAL OF CERTAIN CUSTOMER CASES** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Counterclaimants,<br>v.<br><br>AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>Counterdefendants. | |

# [PROPOSED] JUDGMENT

On March 13, 2019, the Court issued its order granting in part and denying in part Amazon's motion for summary judgment (the "Order") (Dkt. 394). The following eight customer cases which allege infringement based solely on the customer's use of Amazon S3 are fully adjudicated by the Order:

- PersonalWeb Technologies, LLC et al. v. Patreon, Inc., No. 5:18-cv-05599;
- PersonalWeb Technologies, LLC et al. v. Dictionary.com, LLC, No. 5:18-cv-05606;
- PersonalWeb Technologies, LLC et al. v. Vox Media, Inc., No. 5:18-cv-05969;
- PersonalWeb Technologies, LLC et al. v. Vice Media, LLC, No. 5:18-cv-05970;
- PersonalWeb Technologies, LLC et al. v. Oath Inc., No. 5:18-cv-06044;
- PersonalWeb Technologies, LLC et al. v. Buzzfeed Inc., No. 5:18-cv-06046;
- PersonalWeb Technologies, LLC et al. v. Popsugar, Inc., No. 5:18-cv-06612; and
- PersonalWeb Technologies, LLC et al. v. Ziff Davis, LLC, No. 5:18-cv-07119

The Court hereby enters final judgment in these actions. Pursuant to this final judgment, PersonalWeb's claims in the above actions are **DISMISSED WITH PREJUDICE**. For the cases listed above, the deadline to file a motion for costs and for attorney's fees under Federal Rule of Civil Procedure 54(d) is hereby extended until 14 days after the latter of entry of final judgment in *Amazon.com, Inc. and Amazon Web Services, Inc. v. PersonalWeb Technologies, LLC and Level 3 Communications, LLC* (Case No. 5:18-cv-00767-BLF) or entry of final judgment in *PersonalWeb Technologies, LLC and Level 3 Communications, LLC v. Twitch Interactive, Inc.* (Case No. 5:18-cv-05619-BLF).

**IT IS SO ORDERED.**

Dated: Apr. 22, 2019

Honorable Beth L. Freeman
United States District Court Judge